

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

**MEMO ENDORSED**

January 16, 2025

**BY EMAIL**
The Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Bhupinderjit Singh et al.*, 25 Mag. 135

Dear Judge Reznik:

On January 16, 2025, the defendants named in the captioned Complaint were arrested. Accordingly, the Government requests that the Court unseal the Complaint.

APPLICATION GRANTED

*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.
January 16, 2025

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

by: ___/s/_____
David Markewitz
Assistant United States Attorney