UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

               -against-

BHUPINDERJIT SINGH,

                       Defendant.
-----------------------------------------------------------------x

**4TH ORDER OF CONTINUANCE**

25 Mag. 0135

Adjourned to June 4, 2025 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  May 7, 2025
          White Plains, New York

SO ORDERED:

_____
ANDREW E. KRAUSE
United States Magistrate Judge