UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BHUPINDERJIT SINGH,<br>  a/k/a "Bhupinder Jit Singh,"<br>  a/k/a "Prince,"<br><br>                    Defendant. | **Stipulation In Support of Application for 9th Order of Continuance** ~~9th~~ 10th<br><br>25 Mag. 135 |

    The United States of America and the defendant jointly request and agree that the time from **October 22, 2025** to and through **November 19, 2025**, be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The parties submit that there is good cause for an additional exclusion of time.

    The defendant was arrested on or about January 16, 2025, in Queens, New York, and presented later that day on charges of (i) Hobbs Act robbery conspiracy, in violation of 18 U.S.C. § 1951, (ii) Hobbs Act robbery, in violation of 18 U.S.C. § 1951, and (iii) using, carrying, and possessing a firearm, which was brandished, in furtherance of Hobbs Act robbery, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). At the conclusion of a detention hearing held following the presentment, the defendant was detained.

    The parties believe they have reached an agreement to resolve this case in advance of trial. The parties would therefore use the additional time to schedule a waiver of indictment and change of plea proceeding. The interests of justice in allowing the parties to continue that process—thereby possibly saving the parties and the Court time and resources—outweigh the defendant's and the public's interest in a speedy trial.

    By the following signatures, we agree and consent to the exclusion of time noted above:

| | | | |
|---|---|---|---|
| _/s/_ _____ | 10/9/25 | /s/ David Markewitz | 10/8/25 |
| Defendant's Counsel | Date | Assistant U.S. Attorney | Date |
| Raymond Baierlein, Esq. | | | |

    The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted Pursuant to that Act. The defendant understands that he has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and rules and laws of the United States identified above.

Defense counsel has discussed this stipulation with the defendant and has the defendant's authorization to sign on his behalf.

_____  10/5/24
Defendant                Date
Bhupinderjit Singh

     The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the period from **October 22, 2025** to and through **November 19, 2025**, is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuation on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above. The Court further orders:

N/A _____.

Dated: October 22, 2025
White Plains, New York

**SO ORDERED**

_____
United States Magistrate Judge
Southern District of New York

2